UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERRICK MULLINS,

                Plaintiff,

-against-

LE CAFÉ COFFEE 661 LLC

AND 661 Assets LLC,

                Defendants.

22-CV-04641 (ALC)

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    April 24, 2023
                New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**